**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATING PETITION OF JEFFREY WOODARD FOR THE OFFICE OF MAGISTERIAL DISTRICT JUDGE, DISTRICT 05-2-10 OBJECTION OF IREN EVANS | : <br> : <br> : <br> : <br> : | No. 86 WAL 2023 <br><br> Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : <br> : | |
| PETITION OF: JEFFREY WOODARD | : | |

**ORDER**

**PER CURIAM**

      **AND NOW**, this 2nd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.